

# CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Patricia Love, Deputy Director of the Office of Combination Products, United States Food & Drug Administration, whose affidavit is attached, has custody of official records of the United States Food & Drug Administration.

In witness hereof, I have, pursuant to the provisions of Title 42, United States code, section 3505, and the authority delegated to me by the Commissioner of Food and Drugs, hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this 30th day of April 2019.

Sarah Kotler, Director
Division of Freedom of Information

By Direction of the Secretary of
Health and Human Services



## DECLARATION OF PATRICIA Y. LOVE

Patricia Y. Love declares as follows:

1. I am the Deputy Director of the Office of Combination Products (OCP), United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of the official records of FDA relating to FDA's January 10, 2019 letter responding to Genus Medical Technologies' Request for Designation regarding Vanilla SilQ Barium Smoothie, Vanilla SilQ HD, and Vanilla SilQ MD (RFD 180050).

3. Attached is a copy of the index to the administrative record in *Genus Medical Technologies LLC v. United States Food and Drug Administration*, Case No. 1:19-cv-00544 (D.D.C.).

4. The documents listed in the attached index are official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patricia Y. Love

State of Maryland        )
County of Montgomery )

Subscribed and sworn to before me on this 30th day of April, 2019.

My commission expires  Jan. 10, 2021

_____
Notary Public

MARGUERITE CONSTABLE
Notary Public-Maryland
Montgomery County
My Commission Expires
January 10, 2021

Administrative Record

Vanilla SilQ Request for Designation

*Genus Medical Technologies, LLC v. United States Food and Drug Administration*

Case No. 1:19-cv-00544-JEB (D.D.C.)

| Document Name | Date | Bates Number |
|---|---|---|
| Designation Letter for RFD180050 | 1/10/2019 | FDA000001–FDA000005 |
| Incoming RFD180050 | 11/14/2018 | FDA000006–FDA000021 |
| Genus' Reply to FDA Response to Warning Letter | 9/27/2018 | FDA000022–FDA000031 |
| FDA Response to Warning Letter Response | 9/6/2018 | FDA000032–FDA000036 |
| Response to Warning Letter | 5/19/2017 | FDA000037–FDA000133 |
| Warning Letter for Genus' Vanilla SilQ Products | 5/2/2017 | FDA000134–FDA000139 |
| FDA response to Citizens Petitions filed by Bracco Diagnostics et al | 7/28/1997 | FDA000140–FDA000206 |
| Final Guidance- Classification of Products as Drugs and Devices | September 2017 | FDA000207–FDA000219 |
| NDA 208036 Approval | 1/11/2016 | FDA000220–FDA000227 |
| NDA 208036 Summary Review | 1/04/2016 | FDA000228–FDA000243 |
| NDA 208143 Approval | 1/15/2016 | FDA000244–FDA000251 |
| NDA 208143 Summary Review | 1/12/2016 | FDA000252–FDA000268 |
| NDA 208844 Approval | 10/14/2016 | FDA000269–FDA000272 |
| NDA 208844 Summary Review | 10/13/2016 | FDA000273–FDA000283 |
| OCP Internal Memo re Vanilla SilQ | 1/10/2019 | FDA000284 |
| Convenience Kits Interim Regulatory Guidance | 5/20/1997 | FDA000285–FDA000297 |
| Guidance for Industry: Developing Medical Imaging Drug and Biological Products; Part 1: Conducting Safety Assessments | June 2004 | FDA000298–FDA000318 |
| Guidance for Industry: Developing Medical Imaging | June 2004 | FDA000319–FDA000339 |

| | | |
|---|---|---|
| Drug and Biological Products; Part 2: Clinical Indications | | |
| Guidance for Industry: Developing Medical Imaging Drug and Biological Products; Part 3: Design, Analysis, and Interpretation of Clinical Studies | June 2004 | FDA000340–FDA000373 |
| Guidance for Industry: New Contrast Imaging Indication Considerations for Devices and Approved Drugs and Biological Products | December 2009 | FDA000374–FDA000397 |
| OCP Acknowledgment Letter of Request for Designation from Genus | November 14, 2018 | FDA000398 |