# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENUS MEDICAL TECHNOLOGIES, LLC,**<br><br>            Plaintiff,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION,**<br><br>            Defendant. | Case No. 1:19-cv-00544-JEB |

## NOTICE OF AMENDED INDEX OF THE ADMINISTRATIVE RECORD

Defendant United States Food and Drug Administration hereby submits the attached amended index of the administrative record in the above-captioned cause.

Dated: September 24, 2019

Of Counsel:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel for Litigation

JULIE B. LOVAS
Senior Counsel
Office of the Chief Counsel
Food and Drug Administration

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANDREW CLARK
Assistant Director, Consumer Protection Branch

*/s/ Jason Lee*
JASON LEE (CA Bar No. 298140)
Trial Attorney
United States Department of Justice
Civil Division, Consumer Protection Branch
450 5th St. NW
Washington, DC 20001
(202) 514-0515
(202) 514-8742 (fax)
Jason.Lee3@usdoj.gov

*Counsel for Defendant*

1

10903 New Hampshire Avenue
Bldg. 31, Room 4520
Silver Spring, MD 20993-0002
(301) 796-8575