UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENUS MEDICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants. | Civil Action No. 19-544 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Summary Judgment is GRANTED IN PART;

2. Defendant's Cross-Motion for Summary Judgment is DENIED IN PART;

3. Defendant's decision to regulate Genus's Vanilla SilQ products as drugs is VACATED; and

4. The case is REMANDED to the agency for further administrative proceedings consistent with the accompanying Memorandum Opinion.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: December 6, 2019