# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENUS MEDICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Case No. 1:19-cv-00544-JEB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant United States Food and Drug Administration hereby appeals to the United States Court of Appeals for the D.C. Circuit from the Court's "Order" and "Memorandum Opinion" issued on December 6, 2019 (ECF Nos. 18 and 19), granting in part Plaintiff's motion for summary judgment, denying in part Defendant's cross-motion for summary judgment, vacating Defendant's decision to regulate Plaintiff's Vanilla SilQ products as drugs, and remanding the case for further administrative proceedings.

Dated: January 31, 2020

Of Counsel:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
United States Department of Health
and Human Services

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Director, Consumer Protection Branch

ANDREW CLARK

1

| | |
|---|---|
| ANNAMARIE KEMPIC<br>Deputy Chief Counsel for Litigation | Assistant Director, Consumer Protection Branch |
| JULIE B. LOVAS<br>Senior Counsel<br>Office of the Chief Counsel<br>Food and Drug Administration<br>10903 New Hampshire Avenue<br>Bldg. 31, Room 4520<br>Silver Spring, MD 20993-0002<br>(301) 796-8575 | */s/ Jason Lee*<br>JASON LEE (CA Bar No. 298140)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Consumer Protection Branch<br>450 5th St. NW<br>Washington, DC 20001<br>(202) 514-0515<br>(202) 514-8742 (fax)<br>Jason.Lee3@usdoj.gov<br><br>*Counsel for Defendant* |