# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5026**             **September Term, 2020**
FILED ON: APRIL 16, 2021

GENUS MEDICAL TECHNOLOGIES LLC,
    APPELLEE

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-00544)

Before: HENDERSON, PILLARD and KATSAS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/

           Daniel J. Reidy
           Deputy Clerk

Date: April 16, 2021

Opinion for the court filed by Circuit Judge Henderson.
Opinion concurring in the judgment filed by Circuit Judge Pillard.